**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 1:15-cr-** 174-01-06-SM |
| | ) | |
| **MARA MORILLO,** | ) | |
| **FRANKLYN MORILLO,** | ) | |
| **JUAN ROJAS,** | ) | |
| **JUSTIN BARTIMUS,** | ) | |
| **JORGE MEDINA, and** | ) | |
| **MICHAEL LALLY** | ) | |
| | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

[Conspiracy to Distribute, and Possess with Intent to Distribute, Controlled Substances – 21 U.S.C. § 846 and §§ 841(a)(1) and (b)(1)(C)]

Beginning on or about an unknown date, but at least by 2014, and continuing to at least on or about August 19, 2015, in the District of New Hampshire and elsewhere, the defendants

**MARA MORILLO,**
**FRANKLYN MORILLO,**
**JUAN ROJAS,**
**JUSTIN BARTIMUS,**
**JORGE MEDINA, and**
**MICHAEL LALLY**

knowingly and intentionally combined, conspired, confederated and agreed with each other, and with other persons known and unknown to the Grand Jury, to distribute, and possess with intent to distribute, controlled substances, to wit: oxycodone, a Schedule II controlled substance, and cocaine, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(C).

The Grand Jury further charges:

**COUNT TWO**

[Distribution of a Controlled Substance – 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

On or about December 11, 2014, in the District of New Hampshire, the defendant

**JUSTIN BARTIMUS**

knowingly and intentionally distributed a controlled substance, to wit: oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

The Grand Jury further charges:

**COUNT THREE**

[Possession of a Firearm in Furtherance of a Drug Trafficking Crime - 18 U.S.C. § 924(c)(1)(A)]

On or about August 18, 2015, in the District of New Hampshire and elsewhere, the defendant

**JUAN ROJAS**

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute, and possess with intent to distribute, controlled substances as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

**NOTICE OF FORFEITURE**

Upon conviction of the controlled substance offenses alleged in Counts One and Two of this Indictment, the defendants shall forfeit to the United States pursuant to 21 U.S.C. § 853 any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offenses, including but not limited to:

$18,108 in US Currency seized from the residence of MARA and FRANKLYN MORILLO.

A sum of money equal to the amount of proceeds obtained as a result of the charged offense, for which the defendants are jointly and severally liable.

Upon conviction of the firearms offense alleged in Count Three of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offenses.

Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), the defendant shall forfeit substitute property, up to the value of the assets, if, by any act or omission of the defendant, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL

/s/ Foreperson
Grand Jury Foreperson

DONALD FEITH
Acting United States Attorney

/s/ John J. Farley
John J. Farley
Assistant U.S. Attorney

Dated: September 23, 2015